UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RIVERS D. DALTON,
Inmate No. 130149,

    Plaintiff,

v.                                              Case No. 3:15cv134/MCR/EMT

R. COMERFORD, et al.,

    Defendants.
_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 17, 2015. ECF No. 37. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious and that Plaintiff be assessed a "strike" under 28 U.S.C. § 1915(e).

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 18th day of December 2015.

　　　　　　　　　　s/ *M. Casey Rodgers*
　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**